[No. 72533-5-I.   Division One.   August 24, 2015.]

HAITHAM JOUDEH, *Appellant*, v. PFAU COCHRAN VERTETIS AMALA, PLLC, ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated October 12, 2015. Substitute opinion filed. See 190 Wn. App. 1030.

[No. 72542-4-I.   Division One.   August 24, 2015.]

KARL PIERCE, *Appellant*, v. BENJAMIN SANDERS ET AL., *Respondents*.

by unpublished per curiam opinion.

[No. 72635-8-I.   Division One.   August 24, 2015.]

JOHN M. KALAHAR ET AL., *Appellants*, v. ALCOA, INC., *Respondent*.

by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 45833-1-II.   Division Two.   August 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. B.J.C., *Appellant*.

by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Lee, J.